
DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANCISCO J. PANGELINAN,<br><br>    Defendant. | CRIMINAL CASE NO. 00-00082<br><br>**ORDER** |

On July 14, 2005, the Court received payment in the amount of $25.00 through U.S. Treasury's Intra-Governmental Payment and Collection (IPAC) System. In accordance with the Internal Control Manual and the Bureau of Prison's payment report (Exhibit A), said payment was applied toward Defendant Francisco J. Pangelinan's special assessment obligation.

Subsequently, the Clerk's Office verified with the U.S. Attorney's Financial Litigation Unit (FLU) that said payment was an overpayment of his special assessment fee. Accordingly, the Clerk of Court is hereby ordered to refund Defendant Francisco J. Pangelinan, in the amount of $25.00. In accordance with the Inmate Financial Responsibility Program, the Clerk of Court is further ordered to disburse the overpayment refund to the Federal Bureau of Prisons, P.O. Box 474701, Des Moines, Iowa, 50947-0001.

DATED this 13th day of September, 2005.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE

```
                                           FMIS DEBT MANAGEMENT MODULE
                                           BOP INMATE OFFSET PROGRAM
                             MONTHLY PAYMENT REPORT BY COLLECTION OFFICE
                                           AS OF 06/24/05 AT 10.32.40
                                           FROM 20050601 TO 20050630
```

COLLECTION OFFICE CODE: GU
COLLECTION OFFICE NAME: U.S. ATTORNEY GUAM

II-CLERK OF COURT PAYMENTS

| USAO NUMBER | NAME OF DEBTOR | PAYMENT DATE | PAYMENT AMOUNT | DEPOSIT-NO | BOP INMATE REG. NO. | DOCKET/COURT-NO | AGENCY CODE | COA CODE | INSTITUTION NAME |
|---|---|---|---|---|---|---|---|---|---|
| | DELA PENA, ISAGANI P | 2005/06/08 | $25.00 | 105 05-091 | 00944-093 | 00-00126-001 | XXXX | XCVF | USP, ATWATER |
| | ESPINOSA, RUPERTO A | 2005/06/07 | $25.00 | 118 05-091 | 02443-093 | CR-01-00063-003 | XXXX | XCVF | FCI, PETERSBURG |
| | GONZALEZ-CONTRERAS, | 2005/06/07 | $25.00 | 462 05-091 | 21115-112 | CR-02-00026-001 | XXXX | XCVF | FCI, EDGEFIELD |
| | GRAJO, NENITO HOJILL | 2005/06/16 | $25.00 | 111 05-091 | 02230-093 | 01-00116 | XXXX | XCVF | FDC HONOLULU |
| | GUERRERO, JAMES NINE | 2005/06/13 | $25.00 | 132 05-091 | 03744-045 | 1:97CR00094-001 | XXXX | XRFA | USP, LEAVENWORT |
| | KUSTERBECK, JENNIFER | 2005/06/13 | $25.00 | 122 05-091 | 02361-093 | CR-03-00046-001 | XXXX | XCVF | FCI, DUBLIN |
| | MEREP, PEDRO | 2005/06/10 | $25.00 | 441 05-091 | 01354-093 | 1:97CR00039-001 | XXXX | XCVF | FCI, FORT DIX |
| | PANGELINAN, FRANCISC | 2005/06/03 | $25.00 | 500 05-091 | 02060-093 | CR-00-00082-001 | XXXX | XMSC | USP, BEAUMONT |
| | PARK, KYUNG SOON | 2005/06/10 | $25.00 | 464 05-091 | 02416-093 | CR-03-00043-001 | XXXX | XCVF | FCI, YAZOO CITY |
| | SANTOS, WILMA AGUILA | 2005/06/13 | $25.00 | 122 05-091 | 21827-112 | CR-04-00005 | XXXX | XCVF | FCI, DUBLIN |
| | SIMOY, DENNIS SANTAN | 2005/06/13 | $25.00 | 132 05-091 | 00702-093 | CR-92-00010 | XXXX | XRFA | USP, LEAVENWORT |
| | TUNCAP, JOSEPH G | 2005/06/08 | $39.27 | 230 05-092 | 00417-093 | 98-00307-001 | XXXX | XRNF | FCI, SHERIDAN |

TOTAL FOR CLERK    12       $314.27

TOTAL FOR GU       12       $314.27